**Order entered December 17, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01236-CV

### IN RE MORGAN SECURITY CONSULTING, LLC, Relator

**Original Proceeding from the County Court at Law No. 1
Kaufman County, Texas
Trial Court Cause No. 93027-CC**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and **DENY** relator's motion to stay as moot.

/s/     ELIZABETH LANG-MIERS
        JUSTICE